**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 495 EAL 2018

               Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

            v.   :

QUINCEY ROSSER,   :

               Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.